JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RASHAD LAMAR KING,** )<br>        **Petitioner,** )<br>     **v.** )<br> )<br>**M.E. SPEARMAN, Warden,** )<br> )<br>        **Respondent.** )<br>_____ ) | **NO. EDCV 17-2435-R (KS)**<br><br>**JUDGMENT** |

    Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: July 30, 2018

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE